THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE ZEBE.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MINNIE KOLNIN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANNA LEISMAN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JENNIE WARNER v. DETROIT FIDELITY AND SURETY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

EVELYN REALTY CORPORATION v. AVEL B. SILVERMAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of the Application of THE EQUITABLE TRUST COMPANY OF NEW YORK, as Successor Trustee, etc., of WILLIAM KRAMER, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JOSEPH BYRNES v. KAUFWEIN REALTY CO., INC.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

325 FOURTH AVENUE CORPORATION v. NATHAN WACOW, Premises No. 2116 Crotona Parkway. 325 FOURTH AVENUE CORPORATION v. NATHAN WACOW, Premises No. 2115 Mohegan Avenue.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

HARRY SCHWARTZ and Another v. MAX MARKOWITZ.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

WESTCHESTER KNITTING MILLS, INC., v. ABRAHAM ZUCKERMAN.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

MARGARET CURRIER v. BERTHA MARTIN.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE SHANLEY-GUERNEY CO., INC., v. AUSTIN BOND, Doing Business, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of WILLIAM H. VALENTINE, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.